JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY R. RILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>METLIFE,<br><br>    Defendant. | Case No. 5:16-cv-01342 PA (MRWx)<br><br>Honorable Percy Anderson<br><br>[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed Concurrently with Stipulation]<br><br>Complaint Filed:  May 19, 2016 |

INSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

## [PROPOSED] ORDER OF DISMISSAL

The parties have jointly requested the Court for an Order dismissing the entire action with prejudice.

IT IS HEREBY ORDERED that this action be dismissed in its entirety, with prejudice, pursuant to the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: February 28, 2017 , 2017

HONORABLE PERCY ANDERSON
Unites States District Judge

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

36251296v1 0987773